### TURNER *v.* TURNER.

ATKINSON, Presiding Justice.   This is an assignment of error to an order granting temporary alimony, and the sole question presented is as to the sufficiency of evidence to authorize the order; and there being no bona fide effort to brief the evidence, which is a stenographic report of questions and answers, interspersed with objections to testimony, colloquies between court and counsel, rulings of the court, and not in accordance with the requirements of Code § 70-305; accordingly, such a brief of evidence does not properly present the question sought to be reviewed and the decision of the trial judge must be affirmed.   *Harris* v. *McArthur,* 90 *Ga.* 216 (3) (15 S. E. 758); *McComb* v. *Hines,* 123 *Ga.* 246 (51 S. E. 300); *Carlisle* v. *Ray,* 133 *Ga.* 223 (65 S'. E. 408); *Moore* v. *Walton* 155 *Ga.* 481 (117 S. E. 743); *Brown* v. *State,* 163 *Ga.* 684 (1) (137 S. E. 31); *Stapleton* v. *Union Central Life Insurance Co.,* 183 *Ga.* 117 (1) (187 S. E. 631); *Progressive Life Insurance Co.* v. *Wallace,* 61 *Ga. App.* 245 (6 S. E. 2d, 398); *Boston Insurance Co.* v. *Harmon,* 66 *Ga. App.* 383 (18 S. E. 2d, 84); *James* v. *State,* 73 *Ga. App.* 567 (1, 2) (37 S. E. 2d, 548).

The provision of Code § 70-305 as to briefing the evidence is not confined to cases in which a motion for new trial is made, but applies also to all writs of error where questions raised require a review of the evidence. *Cooper* v. *Whaley,* 90 *Ga.* 285 (1) (15 S. E. 824); *Batchelor* v. *Batchelor,* 97 *Ga.* 425 (24 S. E. 157); *Price* v. *High & Co.,* 108 *Ga.* 145 (33 S. E. 956); *Moreland* v. *Walker,* 141 *Ga.* 541 (81 S. E. 854); *Weathers* v. *Paga*

*Mining Co.,* 147 *Ga.* 463 (94 S. E. 579); *Cooper* v. *Harris,* 39 *Ga. App.* 607 (147 S. E. 805).     *Judgment affirmed. All the Justices concur.*

No. 16666. JUNE 13, 1949. REHEARING DENIED JULY 14, 1949.

*F. L. Breen* and *Emma Andre Monroe,* for plaintiff in error.